UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JERMEY DAVIS,

               Plaintiff,

   v.

JEREMY BEAN,

               Defendant.

Case No. 2:26-cv-01295-ART-BNW

ORDER

On April 27, 2026, pro se plaintiff Jermey Davis, an inmate in the custody of the Nevada Department of Corrections, initiated this case with a motion for appointment of counsel. (ECF No. 1-1). Plaintiff has not filed complaint, nor has he filed an application to proceed *in forma pauperis* or paid the $405 filing fee.

**I.**    **DISCUSSION**

    **A. Plaintiff Must File a Complaint**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). The Court will give Plaintiff until **June 12, 2026**, to file a complaint that complies with the Federal Rules of Civil Procedure and Nevada Local Rules.

    **B. Plaintiff Must Either Pay the Filing Fee or Apply to Proceed *In Forma Pauperis***

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the

fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must complete the court's approved form. The Court will give Plaintiff until **June 12, 2026**, to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis*.

**II.     CONCLUSION**

It is therefore ordered that Plaintiff has until **June 12, 2026**, to submit a complaint to this Court.

It is further ordered that Plaintiff has until **June 12, 2026**, to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* using this court's approved form.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file the required documents.

The Clerk of the Court is directed to send Plaintiff Jermey Davis the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same as well as the approved form application to proceed in forma pauperis by an inmate in NDOC custody and instructions for the same.

DATED: May 13, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2